IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00348-MSK-KLM

DAVID B. CALDWELL,

    Plaintiff,

v.

RENT A CENTER, INC., and
DENNIS HANAGAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion to Vacate Scheduling Conference** [Docket No. 12; Filed August 16, 2011] (the "Motion").  The parties are in agreement that a Scheduling Conference should not be held until resolution of Defendants' Motion to Dismiss [Docket No. 11].  Plaintiff has not filed a response in opposition to the Motion to Dismiss and his deadline for doing so has passed.

    To the extent that any party decides not to object to the relief sought in a motion, he may file a pleading which so states.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for August 23, 2011 at 9:30 a.m. is **vacated** and will be reset, if appropriate, after resolution of the Motion to Dismiss.

    Dated:  August 17, 2011